## FLOWERS v. STATE.
### No. 22303.

Court of Criminal Appeals of Texas.

Nov. 25, 1942.

Oscar Callaway, of Comanche, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted in the county court of Comanche County for the violation of the liquor law and his punishment was assessed at a fine of $100.

The complaint and information appear regular. The record is before us without statement of facts or bills of exceptions. In the absence of the evidence adduced upon the trial, we are unable to appraise the matters presented in the motion for new trial.

No error appearing in the record before us, the judgment is affirmed.